# Court of Appeals
# of the State of Georgia

ATLANTA,____May 09, 2013_____

*The Court of Appeals hereby passes the following order:*

**A13A0721. SCOTT v. CLARK.**

On April 17, 2013, this Court ordered Appellant to file a brief within ten (10) days of the date of this order. Because Appellant has failed to comply with this order, his appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/09/2013_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*